# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARTIN J. BIBBS,

               Petitioner,

   v.

C. PFEIFFER, Warden,

               Respondent.

Case No. CV 15-02365 PA (AFM)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report have been filed herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) respondent's Motion to Dismiss the Petition as untimely is granted; and (3) Judgment be entered dismissing the action with prejudice.

DATED:  February 23, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE