JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS, | Case No. CV 15-02365 PA (AFM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| C. PFEIFFER, Warden, | |
| Respondent. | |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  February 23, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE